UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA,

v.  6:09-cr-68

JOHN R. THOMPSON,

Defendant.

## ORDER

Before the Court is John Thompson's Motion for Production and Payment for Transcripts and Other Documents Under "CJA." ECF No. 277. Thompson requests: (1) a transcript of his resentencing hearing, including all exhibits, the pre-sentence investigation report ("PSI"), and the amended PSI; (2) copies of all exhibits entered in his trial and the jury instructions; (3) copies of all exhibits from his original sentencing hearing; and (4) a copy of this case's docket from January 25, 2011 to present, and copies "of all papers filed since that date." *Id* at 1-2.

Thompson swears he is indigent, which the Court does not doubt. *Id.* at 1. But being penniless cannot alone justify free copies of what amounts to several trees worth of paper. *See Harless v. United States*, 329 F.2d 397, 398-99 (5th Cir. 1964) ("The statutory right to proceed in forma pauperis does not include the right to obtain copies of court orders, indictments, and transcript[s] of record, without payment therefor, for use in proposed or prospective litigation.").[1]

Yet that is the only justification Thompson proffers to support his request for copies beyond the plain statement that the "documents are necessary for his appeal." *Id.* Thompson has made no effort to explain why, for example, a copy of his original PSI is necessary to appeal the Court's denial of funds to hire an appraiser. *See* ECF No. 253-1. The same can be said of every other document requested. Thompson's motion therefore is ***DENIED***.

This ___ day of March, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Eleventh Circuit adopted all pre-October, 1981 Fifth Circuit decisions as binding precedent. *See Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc).